**EXHIBIT 1-1:** SCREENGRAB OF VIDEO #1



**EXHIBIT 1-2:** SCREENGRAB OF VIDEO #2

