**EXHIBIT 2-1:** INFRINGEMENT #1
URL: https://www.facebook.com/watch/?v=1513852315787900



**EXHIBIT 2-2:** INFRINGEMENT #2

URL: https://www.facebook.com/watch/?v=1513852315787900

