**EXHIBIT 3-1:** DMCA SCREENGRAB INFRINGEMENT #1
URL: https://www.youtube.com/watch?v=FjU_x1106pg



**EXHIBIT 3-2:** DMCA SCREENGRAB INFRINGEMENT #2
URL: https://www.youtube.com/watch?v=Xtr5hu9Bu7M

