**SANDERS LAW GROUP**
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 127616
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED CLEAN PRO LLC,<br><br>Defendant. | Case No: 3:23-cv-22427-GC-TJB<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that plaintiff Global Weather Productions, LLC ("Plaintiff"), by and through its undersigned counsel, hereby notifies the Court that the parties have reached a settlement in principle in this matter and are in the process of documenting and performing their settlement obligations.

In light of the settlement, the parties respectfully request that the Court stays this case and adjourns all deadlines and conferences, if any. Plaintiff anticipates filing a dismissal with prejudice within forty-five (45) days.

DATED: March 20, 2024

**SANDERS LAW GROUP**

By:  */s/ Craig Sanders*
Craig Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
*Attorneys for Plaintiff*