**SANDERS LAW GROUP**
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 127616
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED CLEAN PRO LLC,<br><br>Defendant. | Case No: 3:23-cv-22427-GC-TJB |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: March 28, 2024

| | |
|---|---|
| **SEGAL MCCAMBRIDGE SINGER & MAHONEY**<br><br>By: */s/ Kristen J. Coleman*<br>Kristen J. Coleman, Esq.<br>One Evertrust Plaza, Suite 1202<br>Jersey City, NJ 07302<br>Tel: (215) 399-1471<br>Email: kcoleman@smsm.com<br>*Attorneys for Defendant* | **SANDERS LAW GROUP**<br><br>By: */s/ Craig Sanders*<br>Craig Sanders, Esq.<br>333 Earle Ovington Blvd, Suite 402<br>Uniondale, NY 11553<br>Tel: (516) 203-7600<br>Email: csanders@sanderslaw.group<br>File No.: 127616<br>*Attorneys for Plaintiff* |